**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00434-CMA

MARIA M. MARTINEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT**

---

    This matter is before the Court on Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act - Stipulated (Doc. # 37), fild march 2, 2012. Having reviewed the motion, case file and Order and Judgment entered on December 9, 2011, the Court hereby

    ORDERS that the Stipulated Motion for Award of Attorney Fees under the Equal Access to Justice Act is GRANTED.  Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel, Ruth Irvin, is awarded reasonable attorney fees in the amount of $3,262.50.

    DATED: March 9, 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge